UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATIE WISBER,

    Plaintiff,

v.

DONALD MARSHALL,

    Defendant.

Case No. 08-cv-00075-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                        **NORBERT JAWORSKI**

**Dated: February 20, 2008**                **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**